815 A.2d 475

STATE IN THE INTEREST OF A.S., A JUVENILE.

(A.S.,—APPELLANT)

January 17, 2003.

Prior Report: 174 N.J. 548, 810 A.2d 66.

The parties having stipulated to a dismissal of this matter and good cause appearing,

It is ORDERED that the appeal is dismissed.

815 A.2d 475

IN THE MATTER OF THE OPINION OF THE ADVISORY COMMIT-TEE ON PROFESSIONAL ETHICS, DOCKET NO. 10–2002,(JON-ATHAN W. ROMANKOW, ESQUIRE—PETITIONER).

January 23, 2003.

It is ORDERED that the petition for review of the Opinion of the Advisory Committee on Professional Ethics in Docket No.10–2002 is granted.